# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TRANSPORTATION ALLIANCE BANK INC.,

    **Plaintiff,**

v.                              Case No: 6:19-cv-53-Orl-31GJK

SKY LIMITS INC. and ANTWON TRICE,

    **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Entry of Default Judgment against Defendants Antwon Trice and Sky Limits Inc. (Doc. 23) filed April 15, 2019.

On May 29, 2019, United States Magistrate Judge Gregory J. Kelly issued a report (Doc. 26) recommending that the motion be granted in part. Judge Kelly amended his report on June 24, 2019, to further recommend that Count III of Plaintiff's Complaint be dismissed without prejudice (Doc. 30). No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation as amended is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Judgment is **GRANTED** in part. The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendants in the amount of $85,542.68, plus interest thereon from April 15, 2019, at a rate of $52.09 per diem.

    3.    Count III of the Complaint (Doc. 1) is **DISMISSED** without prejudice.

    4.    The motion is otherwise **DENIED**.

5. Plaintiff shall file its motion for attorney's fees and costs by July 12, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 28, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party