# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TRANSPORTATION ALLIANCE BANK INC.,**

    **Plaintiff,**

v.                                                      Case No:   6:19-cv-53-Orl-31GJK

**SKY LIMITS INC. and ANTWON TRICE,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Amended Motion to Establish Amount of Attorneys' Fees, Costs, and Expenses Due to Transportation Alliance Bank, Inc., d/b/a Tab Bank (Doc. 42), filed September 11, 2019.

On December 13, 2019, the United States Magistrate Judge issued a report (Doc. 43) recommending that the amended motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorneys' Fees (Doc. 42) is **GRANTED in part.** Plaintiff is awarded $12,707.50 in attorney fees and $596.00 in costs against the defendants.

3. In all other respects, the amended motion (Doc. 42) is **DENIED**.

4. The Clerk is directed to enter an attorney fee and cost judgment for Plaintiff and against Defendants, jointly and severally, in the amount of $13,303.50.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 30, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party